# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CPL ARCHITECTS, ENGINEERS AND
LANDSCAPE ARCHITECTS, D.P.C.,

    *Plaintiff*

    v.

BSA LIFESTRUCTURES, INC.; MOLLY
LIVINGSTONE; ROBIN WASHCO; AMANDA
BROOKINS; BRADLEY NORVELL; JAMES M.
CALDWELL; and ADAM CHAHULSKI,

    *Defendant*

Civil Action No. 3:25-cv-978

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Adam Chahulski
2306 Winthorp Ridge Road
Charlotte, NC 28270

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Robert L. Lindholm
    301 S. College Street, 23rd Floor
    Charlotte, NC 28202
    Telephone: (704) 417-3000
    robert.lindholm@nelsonmullins.com

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 12/11/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-978

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

☐ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

☐ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

☐ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

☐ **I returned the summons unexecuted because** _____; or

☐ **Other** *(specify)*: 
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____     _____
                                                              **Server's signature**

                                                              _____
                                                              **Printed name and title**

                                                              _____
                                                              **Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

CPL ARCHITECTS, ENGINEERS AND
LANDSCAPE ARCHITECTS, D.P.C.,

    *Plaintiff*

v.

BSA LIFESTRUCTURES, INC.; MOLLY LIVINGSTONE; ROBIN WASHCO; AMANDA BROOKINS; BRADLEY NORVELL; JAMES M. CALDWELL; and ADAM CHAHULSKI,

    *Defendant*

Civil Action No. 3:25-cv-978

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Mitch Caldwell
2332 Kendricks Ct
Raleigh, NC 27613

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert L. Lindholm
301 S. College Street, 23rd Floor
Charlotte, NC 28202
Telephone: (704) 417-3000
robert.lindholm@nelsonmullins.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/11/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-978

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏     **I served the summons on** *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                                               **Server's signature**

                                                          _____
                                                                       **Printed name and title**

                                                          _____
                                                                          **Server's address**

**Additional information regarding attempted service, etc:**

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

CPL ARCHITECTS, ENGINEERS AND
LANDSCAPE ARCHITECTS, D.P.C.,

      *Plaintiff*       )
      v.       )    Civil Action No. 3:25-cv-978
       )

BSA LIFESTRUCTURES, INC.; MOLLY
LIVINGSTONE; ROBIN WASHCO; AMANDA
BROOKINS; BRADLEY NORVELL; JAMES M.
CALDWELL; and ADAM CHAHULSKI,

      *Defendant*

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Robin Wasco
    5924 Charing Place
    Charlotte, NC 28211

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Robert L. Lindholm
    301 S. College Street, 23rd Floor
    Charlotte, NC 28202
    Telephone: (704) 417-3000
    robert.lindholm@nelsonmullins.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 12/11/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-978

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                                            **Server's signature**

                                                                   _____
                                                                                            **Printed name and title**

                                                                   _____
                                                                                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CPL ARCHITECTS, ENGINEERS AND
LANDSCAPE ARCHITECTS, D.P.C.,

      *Plaintiff*      )
      v.      )    Civil Action No. 3:25-cv-978
      )

BSA LIFESTRUCTURES, INC.; MOLLY
LIVINGSTONE; ROBIN WASHCO; AMANDA
BROOKINS; BRADLEY NORVELL; JAMES M.
CALDWELL; and ADAM CHAHULSKI,

      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Molly Livingstone
2990 Creekview Drive
Waxhaw, NC 28173

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Robert L. Lindholm
301 S. College Street, 23rd Floor
Charlotte, NC 28202
Telephone: (704) 417-3000
robert.lindholm@nelsonmullins.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*(signature)*
Katherine Hord Simon, Clerk
United States District Court

Date: 12/11/2025

**Civil Action No.** 3:25-cv-978

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____ **on** *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                                                  **Server's signature**

                                                                      _____
                                                                      **Printed name and title**

                                                                      _____
                                                                      **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CPL ARCHITECTS, ENGINEERS AND
LANDSCAPE ARCHITECTS, D.P.C.,

      *Plaintiff*    )
      v.    )    Civil Action No. 3:25-cv-978
    )
BSA LIFESTRUCTURES, INC.; MOLLY  )
LIVINGSTONE; ROBIN WASHCO; AMANDA  )
BROOKINS; BRADLEY NORVELL; JAMES M.  )
CALDWELL; and ADAM CHAHULSKI,  )
    )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Brad Norvell
    723 Romany Road
    Charlotte, NC 28203

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Robert L. Lindholm
    301 S. College Street, 23rd Floor
    Charlotte, NC 28202
    Telephone:  (704) 417-3000
    robert.lindholm@nelsonmullins.com

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date: 12/11/2025

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:25-cv-978

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____     _____
                                                                       **Server's signature**

                                                                       _____
                                                                       **Printed name and title**

                                                                       _____
                                                                       **Server's address**

**Additional information regarding attempted service, etc:**